APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Floyd Jordan_
(Please print)

STREET ADDRESS: _8037 S. Champlain Ave_

CITY/STATE/ZIP: _Chicago, Illinois 60619_

PHONE NUMBER: _(773) 470-6164_

CASE NUMBER: **08CV1476**
**JUDGE KENDALL**
**MAG. JUDGE COLE**

_[Signature]_   _Mar 12, 08_
Signature                Date

FILED
Mar 12, 2008
MAR 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT