

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FLOYD JORDAN
    **Plaintiff,**

v.

PATRICK JENNINGS,
AGENCY REPRESENTATIVE
OFFICE OF PERSONNEL MANAGEMENT
    **Defendant,**

LINDA SPRINGER,
DIRECTOR
OFFICE OF PERSONNEL MANAGEMENT
    **Defendant.**

Case Number: 08C 1476
Honorable Virginia M. Kendall



FILED

MAY 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### MOTION FOR DEFAULT JUDGMENT

The Plaintiff, Floyd Jordan complains of the Defendants, Patrick Jennings and Linda Springer, Office of Personnel Management, herein after, OPM and request a Judgment by Default as follows:

1) The Defendant Patrick Jennings received a summons and complaint on March 17, 2008. Service type, Certified Mail (Exhibit #1).

2) The Defendant, Linda Springer received a summons and complaint on March 19, 2008. Service type, certified mail (Exhibit #2).

3) Both Defendants were aware that an answer to the complaint was due 20 days after service of the summons.

4) Both Defendants are aware that judgment by default will be taken against them for relief demanded in the complaint.

5) The undersigned Plaintiff certifies that the forgoing summons and complaint was placed into the U.S. mail, Certified #70062760000445110687 and certified #70062760000445110670, on March 12, 2008 at 04:22 PM (Exhibits # 3 & 4), sales receipt, and certified mail receipt.

-2-

6) Assistant United States Attorney, Kurt N. Lindland submitted via U.S. Mail an Attorney Designation but has not filed an Appearance Motion or a Responsive Pleading.

7) The Plaintiff, Floyd Jordan has given years of credible service to the employing agency (Exhibit #5), and seek his lawful civil service retirement by law.

8) OPM's actions are cloaked in secrecy, as plaintiff meets the qualifications for a lawful civil service retirement.

9) This matter can be resolved but OPM is attempting to use their prestige as an agency to violate Plaintiff's rights as a civil service employee.

10) Wherefore, the Plaintiff, Floyd Jordan, requests the judgment of this Court against the Defendant OPM as follows:

   A. Order that the Plaintiff be awarded retirement benefits as offered in the 1992 "Retirement Special Option Early Out Retirement" package, along with interest previously referred to in this complaint;

   B. Award the Plaintiff compensatory damages in an amount to be determined in this matter;

   C. Award the Plaintiff any attorney fees, including litigation expenses and the costs of this action;

   D. Award the Plaintiff punitive damages;

   E. Grant such other relief as may be just and proper.

Sincerely,

*Floyd Jordan*

Floyd Jordan, Plaintiff

Floyd Jordan
8037 S. Champlain Ave.
Chicago, Illinois 60619
(773) 4706164

# Exhibit #1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   PATRICK JENNINGS, AGENCY REP.
   OFFICE of PERSONNEL MANAGEMENT
   RETIREMENT GROUP, CE & FS POLICY
   1900 E STREET N.W. Rm #351
   WASHINGTON DC 20415

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Patrick Jennings_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): PATRICK JENNINGS
C. Date of Delivery: 3-17-2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0004 4511 0687

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FLOYD JORDAN
8037 S. CHAMPLAIN AVE.
CHICAGO, ILLINOIS 60619

# Exhibit #2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) LOWE  C. Date of Delivery 5/19/08<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>LINDA SPRINGER, DIRECTOR<br>THEODORE ROOSEVELT FEDERAL BLDG.<br>1900 E STREET, N.W.<br>WASHINGTON, DC 20415-0001 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FLOYD JORDAN
8037 S. CHAMPLAIN AVE
CHICAGO, ILLINOIS 60619

## Exhibit #3

```
===================================
         AUBURN PARK
         CHICAGO, Illinois
           606209998
          1615420201-0094
03/12/2008 (800)275-8777 04:22:34 PM
===================================
========== Sales Receipt ==========
Product        Sale Unit      Final
Description    Qty  Price     Price
-----------------------------------
WASHINGTON DC 20415            $1.31
Zone-4 First-Class
Large Env
3.40 oz.
  Return Rcpt (Green           $2.15
  Card)
  Certified                    $2.65
  Label #:     70062760000445110670
                              ========
  Issue PVI:                   $6.11

WASHINGTON DC 20415            $1.14
Zone-4 First-Class
Large Env
3.00 oz.
  Return Rcpt (Green           $2.15
  Card)
  Certified                    $2.65
  Label #:     70062760000445110687
                              ========
  Issue PVI:                   $5.94
                              ========
Total:                        $12.05

Paid by:
Cash                          $12.05

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000600535339
Clerk:08

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
************************************
************************************
        HELP US SERVE YOU BETTER

    Go to: http://gx.gallup.com/pos

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

          YOUR OPINION COUNTS
************************************
************************************
```



U.S. Postal Service
CERTIFIED MAIL. RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.14 | 0201 |
| Certified Fee | $2.65 | 08 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.94 | 03/12/2008 |

7006 2760 0004 4511 0687

Sent To *Patrick Jennings, Agency Representative*
Street, Apt No.; *Retirement Group C-4 P5 Policy*
or PO Box No. *1900 E Street, N.W. Room 4351*
City, State, ZIP+4 *Washington, DC 20415*

PS Form 3800, August 2006     See Reverse for Instructions

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail or Priority Mail.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry.
PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

```
         AUBURN  PARK
        CHICAGO, Illinois
           606209998
         1615420201-0094
03/12/2008 (800)275-8777 04:22:34 PM
========================================
============ Sales Receipt =============
Product          Sale Unit     Final
Description      Qty  Price    Price
========================================
WASHINGTON DC 20415            $1.31
Zone-4 First-Class
Large Env
3.40 oz.
   Return Rcpt (Green           $2.15
   Card)
   Certified                    $2.65
   Label #:    70062760000445110670
                              =========
   Issue PVI:                   $6.11

WASHINGTON DC 20415            $1.14
Zone-4 First-Class
Large Env
3.00 oz.
   Return Rcpt (Green           $2.15
   Card)
   Certified                    $2.65
   Label #:    70062760000445110687
                              =========
   Issue PVI:                   $5.94
                              =========
Total:                         $12.05

Paid by:
Cash                           $12.05

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000600535339
Clerk:08

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
****************************************
****************************************
        HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

         YOUR OPINION COUNTS
****************************************
****************************************
```

# Exhibit #4



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only, No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.31 | 0001 |
| Certified Fee | $2.65 | 08 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.11 | 03/12/2008 |

Sent To: LINDA SPRINGER, DIRECTOR
THEODORE ROOSEVELT FEDERAL Bldg.
Street, Apt. No.; or PO Box No. 1900 E STREET, N.W.
City, State, ZIP+4 WASHINGTON, DC 20415-0001

PS Form 3800, August 2006    See Reverse for Instructions

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry.
PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047



JAMES R. OLDEN, JR.
DISTRICT MANAGER, CUSTOMER SERVICES
CENTRAL ILLINOIS DISTRICT

# Exhibit #5

UNITED STATES POSTAL SERVICE
6801 W 73RD STREET
BEDFORD PARK IL 60499-9998

September 27, 1993

Mr. Floyd Jordan
8037 South Champlain Avenue
Chicago, IL  60619-3803

Dear Mr. Jordan:

It is a pleasure to take this opportunity to commend you for 25 years of creditable service you have given as an employee of the United States Postal Service.

The Postal Service has established a record for efficiency and service.  Please accept the enclosed Service Award Pin as an expression of our appreciation for your contribution to these achievements.

We wish you good health and continued years of Postal Service employment at the Central Illinois District.

A copy of this letter will be placed in your Official Personnel Folder as a permanent record of your accomplishments.

Sincerely,

*J. R. Olden*
J. R. Olden, Jr.

Attachment

kab:9423

EMPLOYEE COMMITMENT:     Team Spirit is what gives so many
                         Companies an Edge over their
                         Competitors   -George L. Clements-

708-563-7800
FAX: 708-563-2013

## CERTIFICATE OF SERVICE

I, Floyd Jordan, Plaintiff, hereby certify that the foregoing Defendant Patrick Jennings and Linda Springer, Motion for a Default Judgment and the Initial Status Report, has been served upon the following:

Patrick Jennings, Agency representative
Office of Personnel Management
Retirement Group, CE & FS Policy
1900 E Street N.W., Room 4351
Washington, DC  20415

Linda Springer, Director
Office of Personal Management
Theodore Roosevelt Federal Building
1900 E Street, N.W.
Washington, DC 20415-0001

By Certified Mail this 20 day of May, 2008.

*Floyd Jordan*
Floyd Jordan