## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Floyd Jordan
                Plaintiff,

v.                                       Case No.: 1:08−cv−01476
                                                Honorable Virginia M. Kendall

Patrick Jennings, et al.
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Status hearing held 5/28/2008. Plaintiff's Motion for Default [9] is denied. Government to answer or otherwise plead by 7/14/2008; response due 7/28/2008; reply due 8/4/2008. Status hearing set for 9/4/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.