UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLOYD JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 08 C 1476 |
| PATRICK JENNINGS, Agency ) | |
| Representative, Office of Personnel ) | |
| Management, in his official capacity, and ) | Judge Kendall |
| LINDA SPRINGER, Director, Office of ) | |
| Personnel Management, in her official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Defendants, Patrick Jennings, Agency Representative, Office of Personnel Management, and Linda Springer, Director, Office of Personnel Management, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6). A memorandum in support is filed herewith.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Kurt N. Lindland
    KURT N. LINDLAND
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4163
    kurt.lindland@usdoj.gov