**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Floyd Jordan
                     Plaintiff,

v.                                                        Case No.: 1:08−cv−01476
                                                       Honorable Virginia M. Kendall

Patrick Jennings, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendants Jennings and Springers' motion to dismiss is granted without prejudice. Jordan may refile his claims within 21 days of this order. In addition, Jordans oral motion for leave to amend his Complaint is granted. Jordan may include additional claims related to a second federal retirement program in his First Amended Complaint.Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.